**LESLIE v. LESLIE.  (No. 1337.)**

(Court of Civil Appeals of Texas. El Paso. March 9, 1922. Rehearing Denied April 6, 1922.)

**Appeal and error ⬅=389(3)—Affidavit of appeal made before notary public not sufficient.**

Under Rev. St. art. 2098, requiring an affidavit of appeal to be made before the court trying the case or before the county judge, an affidavit of appeal made before a notary public after adjournment of the term is not sufficient.

Appeal from District Court, Scurry County; W. P. Leslie, Judge.

Suit between Mrs. N. M. Leslie and A. C. Leslie. From judgment of the court below, Mrs. N. M. Leslie appeals. Appeal dismissed.

M. E. Rosser, of Snyder, for appellant.
Stinson, Coombes & Brooks, of Abilene, for appellee.

HIGGINS, J. The appeal in this case was attempted to be perfected by an affidavit under article 2098, R. S. The affidavit was made before a notary public some days subsequent to the adjournment of the term. Proof thus made is insufficient. The statute requires that it be made before the court trying the case or the county judge. There is nothing to show that the affidavit was presented to, or in any wise acted upon, by such court, or the county judge. For the reason indicated this court is without jurisdiction, and the appeal must be dismissed. Graves v. Horn, 89 Tex. 77, 33 S. W. 322; Bargna v. Bargna (Tex. Civ. App.) 123 S. W. 1143; Smith v. Lumber Co. (Tex. Civ. App.) 129 S. W. 1145.

It is so ordered.